NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3073

FAE DRISCOLL,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in SF0752070409-I-1.

ON MOTION

Before PROST, Circuit Judge.

## O R D E R

Fae Driscoll moves without opposition for extensions of time, until September 11, 2009, to file a reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

AUG 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Keith Goffney, Esq.
     Michelle A. Windmueller, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2009

JAN HORBALY
CLERK